DUKES, *alias* SHACK, *v.* THE STATE.

LUMPKIN, J.  1.  There was no abuse of discretion in refusing to grant a continuance.

2. The newly discovered evidence was not such as to require a new trial.

3. The verdict was supported by the evidence, and there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 15, 1910.

Indictment for murder.  Before Judge Edwards.  Polk superior court.  June 27, 1910.

*I. Felton Mundy,* for plaintiff in error.  *II. A. Hall, attorney-general,* and *W. K. Fielder, solicitor-general,* contra.